1

2

3

4

5

6

7 # UNITED STATES DISTRICT COURT

8 ## EASTERN DISTRICT OF CALIFORNIA

9

10 ROBERT COX, individually and on behalf )       1: 17-CV-0913 - LJO - JLT
   of all others similarly situated,            )
11                                              )       ORDER VACATING MID-DISCOVERY STATUS
                     Plaintiff,                  )       CONFERENCE; ORDER REQUIRING FURTHER
12                                              )       SCHEDULING REPORT
        v.                                       )
13                                              )
   OCCIDENTAL PETROLEUM                         )
14 CORPORATION,                                 )
                                                 )
15                  Defendant.                   )
   _____)
16

17        The Court has reviewed the joint mid discovery status report.  (Doc. 18)  The report indicates

18 that "Plaintiffs Robert Cox, Eric Coontz, and Brian Martinez (collectively "Plaintiffs")" no longer

19 seeks to pursue this case on behalf of a class or a collection. Id. at 3.  The report continues, "Plaintiffs

20 have elected not to pursue conditional or class certification and intend to move forward on behalf of the

21 above named individual."  Id.  Thus, it appears the action will proceed *only* as to Mr. Cox.  Therefore,

22 the Court **ORDERS**:

23        1.      **No later than May 4, 2018**, the parties **SHALL** file a joint, further scheduling report

24 proposing deadlines for dispositive motions, the pretrial conference and the trial.

25        2.      In light of the abandonment of the class and collective actions, the class certification

26 deadlines as **VACATED**;

27 ///

28 ///

1

3.     The mid-discovery status conference is **VACATED**.  The parties are reminded of their obligation to complete discovery within the deadlines previously set by the Court (Doc. 17).

IT IS SO ORDERED.

Dated:   **April 12, 2018**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE