# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>OCCIDENTAL PETROLEUM CORPORATION,<br><br>        Defendant. | Case No.: 1:17-cv-00913 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 22) |

The parties report they have settled the matter. (Doc. 22) They indicate they are finalizing the settlement agreement. Id. at 2. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than October 19, 2018**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **September 5, 2018**        **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE