# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated, | Case No.: 1:17-cv-00913 LJO JLT |
| Plaintiff, | ORDER GRANTING AN EXTENSION OF TIME TO FILE THE SETTLEMENT AGREEMENTS (Doc. 26) |
| v. | |
| OCCIDENTAL PETROLEUM CORPORATION, | |
| Defendant. | |

Good cause appearing, the Court **ORDERS**:

1.      The settlement agreements **SHALL** be filed for the Court's consideration, no later than **January 18, 2019.**


IT IS SO ORDERED.

Dated:   **October 22, 2018**             **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE