# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OCCIDENTAL PETROLEUM CORPORATION,<br><br>        Defendant. | Case No.: 1:17-cv-00913 LJO JLT<br><br>ORDER GRANTING THE SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE THE SETTLEMENT AGREEMENTS<br>(Doc. 28) |

Good cause appearing (Doc. 28), the Court **ORDERS**:

1. The dismissal documents **SHALL** be filed for the Court's consideration, no later than **March 22, 2019.**

IT IS SO ORDERED.

Dated: __**January 23, 2019**__          __**/s/ Jennifer L. Thurston**__
                                                                          UNITED STATES MAGISTRATE JUDGE