# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCCIDENTAL PETROLEUM CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00913 LJO JLT<br><br>ORDER GRANTING THE MOTION FOR AN EXTENSION OF TIME TO FILE THE SETTLEMENT DOCUMENTS<br><br>(Doc. 30) |

Plaintiff's counsel requests an extension of 120 days to file the settlement documents. (Doc. 30) Good cause appearing, the Court **ORDERS**:

1. The hearing date of April 5, 2019 is **VACATED**;
2. Plaintiff's motion for an extension of time is **GRANTED**; and
3. The dismissal documents **SHALL** be filed for the Court's consideration no later than **July 22, 2019.**

IT IS SO ORDERED.

Dated: **March 28, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE