# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCCIDENTAL PETROLEUM CORPORATION, )<br>)<br>Defendant. )<br>) | Case No.: 1:17-cv-00913 LJO JLT<br><br>ORDER GRANTING THE JOINT MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE THE SETTLEMENT DOCUMENTS<br><br>(Doc. 32) |

The parties jointly request an extension of 21 days to file the settlement documents. (Doc. 32) Good cause appearing, the Court **ORDERS**:

1. The hearing date of August 6, 2019 is **VACATED**;
2. The parties' joint motion for an extension of time is **GRANTED**; and
3. The dismissal documents **SHALL** be filed for the Court's consideration no later than **August 12, 2019.**

IT IS SO ORDERED.

Dated: __**July 28, 2019**__           __**/s/ Jennifer L. Thurston**__
                                    UNITED STATES MAGISTRATE JUDGE