# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OCCIDENTAL PETROLEUM CORPORATION,<br><br>        Defendant. | Case No.: 1:17-cv-00913 LJO JLT<br><br>ORDER GRANTING THE JOINT MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE THE SETTLEMENT DOCUMENTS<br><br>(Doc. 36) |

The parties jointly request an additional extension of time to file the settlement documents. (Doc. 36) Good cause appearing, the Court **ORDERS**:

1. The hearing date of September 30, 2019 is **VACATED**;
2. The parties' joint motion for an extension of time is **GRANTED**; and
3. The dismissal documents **SHALL** be filed for the Court's consideration no later than **October 2, 2019.**

IT IS SO ORDERED.

Dated:   **September 10, 2019**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE