# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COX, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCCIDENTAL PETROLEUM CORPORATION, <br><br> Defendant. | Case No.: 1:17-cv-0913 LJO JLT <br><br> FINAL ORDER GRANTING THE JOINT MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE THE SETTLEMENT DOCUMENTS <br><br> (Doc. 42) |

The parties have repeated extensions of time to file the settlement documents. (Doc. 42) **<u>This is the ninth and final time the Court will grant such a stipulation.</u>** The case is either settled or it isn't, and the parties must be prepared to act accordingly. Thus, the Court **ORDERS:**

1. The dismissal documents **SHALL** be filed for the Court's consideration no later than **January 10, 2020.**

IT IS SO ORDERED.

Dated: **December 12, 2019**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE